**Electronically Filed
Supreme Court
SCWC-13-0002084
11-DEC-2014
02:32 PM**

SCWC-13-0002084

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

LOTTIE TAGUPA,
Petitioner/Plaintiff-Appellant,

vs.

VIPDESK
Respondent/Defendant-Appellee.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002084; CIV. NO. 3RC12-1-297H)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Lottie Tagupa's

Application for Writ of Certiorari, filed on October 30, 2014,

is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case. Any party may, within ten days pursuant to

Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for

retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 11, 2014.

Lottie Tagupa
petitioner pro se

Robert D. Triantos and
Edmund W.K. Haitsuka
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

